**Order entered November 6, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-11-00279-CV

**YVONNE BROWN, Appellant**

**V.**

**FALLS ON CLEARWOOD, Appellee**

**On Appeal from the County Court at Law No. 1**
**Dallas County, Texas**
**Trial Court Cause No. CC-10-07137-A**

## ORDER

By letter dated October 24, 2013, we directed the Dallas County Clerk to file, within five days, either a supplemental clerk's record containing all papers from the Justice Court filed with the County Court or written verification that no such papers were filed. To date, the Dallas County Clerk has neither filed the record nor corresponded with the Court regarding the status of the record. Accordingly, we **ORDER** Dallas County Clerk John F. Warren to file, within **FIVE (5) DAYS** of the date of this order, either the supplemental clerk's record OR the requested verification. *If the record or requested verification is not filed by the date specified, we will utilize the available remedies to obtain the record, which may include ordering the Dallas*

*County Clerk to show cause why he should not be held in contempt for failure to comply with this*

*Court's orders.*

We **DIRECT** the Clerk of the Court to send a copy of this order, by electronic transmission, to all parties and to:

John F. Warren
Dallas County Clerk
Records Building, 2nd Floor
509 Main St., Suite 200
Dallas, Texas 75202.


/s/     ELIZABETH LANG-MIERS
         JUSTICE